**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRANDYN MILLS, | | No. 4:26-CV-00252 |
| Plaintiff, | | (Chief Judge Brann) |
| v. | | |
| WENDY NICHOLAS, *et al.*, | | |
| Defendants. | | |

## ORDER

**AND NOW**, this 15th day of June 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2.  Plaintiff's motion for appointment of counsel (Doc. 19) is **DISMISSED** as moot in light of paragraph 1 above.[1]

3.  Plaintiff's motion for injunctive relief (Doc. 1) is **DISMISSED** as moot in light of paragraph 1 above.[2]

---

[1]  The motion for appointment counsel, if considered on the merits, would be denied, as Plaintiff's Section 1983 claim does not have "arguable merit in fact and law," a threshold requirement for appointment of counsel. *See Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993).

[2]  The motion for injunctive relief, if considered on the merits, would be denied. Plaintiff's Section 1983 claim does not have a "likelihood of success on the merits," which is a threshold requirement for injunctive relief. *See Reilly v. City of Harrisburg*, 858 F.3d 173, 179 (3d Cir. 2017).

4.      Plaintiff's motion for reconsideration (Doc. 20) is **DISMISSED** as moot in light of paragraph 1 above.[3]

5.      The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[3]   The motion for reconsideration, if considered on the merits, would be denied.  Plaintiff asserts that this Court issued an order "withdrawing" her case, and she seeks reconsideration of that order.  *See* Doc. 20 at 1.  No such order has been issued in this case.  The only order discussing withdrawal is the Court's March 4, 2026 Order, which deemed withdrawn Plaintiff's February 10, 2026 motion for injunctive relief (Doc. 7) and motion to amend (Doc. 8), as Plaintiff had failed to adhere to multiple Local Rules of Court when she filed those motions.  *See* Doc. 12 & n.3.  Therefore, there is nothing for this Court to reconsider.